UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SHEPARD, | No. 2:17-cv-1118 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants. | |

After careful consideration of the parties' joint stipulation to continue dates, ECF No. 22, the court finds good cause is shown.

IT IS HEREBY ORDERED that the following deadlines set forth in the scheduling order, ECF No. 19, are continued as follows:

1. Initial expert disclosures are due February 16, 2018;
2. Rebuttal expert disclosures are due March 16, 2018;
3. All discovery shall be completed no later than April 30, 2018; and
4. Dispositive motions shall be heard no later than May 31, 2018.

DATED: December 7, 2017.

UNITED STATES DISTRICT JUDGE

1