**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SHEPARD,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **EQUIFAX INFORMATION SERVICES, LLC.;** and **DIVERSIFIED CONSULTANTS, INC.,** <br><br> Defendants. | **Case No.:** 2:17-CV-01118-KJM-CKD <br><br> **PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES** |

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff, CHRISTOPHER SHEPARD, ("Plaintiff"), makes the following expert witness designations.

The following persons may be used to present evidence at trial under the Federal Rules of Evidence 702, 703, or 705.

**A. Thomas A. Tarter**

Thomas A. Tarter
The Angela Consulting Group, Inc.
18783 Tribune Street
Northridge, CA 91326
Tel: (818) 380-3102

Thomas A. Tarter will provide his expert witness testimony in the form of a declaration, report and/or verbal testimony at deposition and/or trial inclusive of rebuttal testimony, pertaining to banking and credit industry customs, standards and practices; defendants; defendants' financial condition; credit reporting; credit scoring; and credit damages caused by Equifax Information Services, LLC. (sometimes "Equifax") and Diversified Consultants, Inc. (sometimes "DCI").

The Expert Report of Thomas A. Tarter is attached hereto as Exhibit 1. All Defendants were served with the Expert Report on March 9, 2018.

Dated: March 15, 2018                    Respectfully submitted,

                                         **SINNETT LAW, APC.**

                                         BY: /S/ WAYNE A. SINNETT
                                         WAYNE A. SINNETT, ESQ.
                                         ATTORNEY FOR PLAINTIFF