UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SHEPARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendants. | No. 2:17-cv-01118-KJM-CKD<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 24) to amend dates in the pretrial scheduling order (ECF Nos. 19, 23). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | February 1, 2018 | February 1, 2018 |
| Expert Disclosures | February 16, 2018 | March 9, 2018 |
| Supplemental Expert Disclosures | March 16, 2018 | March 30, 2018 |
| Completion of Expert Discovery | April 30, 2018 | April 30, 2018 |
| All Dispositive Motions Hearing Date | May 31, 2018 | June 1, 2018 at 10:00 a.m. in Courtroom No. 3 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

1

This amendment does not alter any other portions of the initial scheduling order (ECF No. 19).

IT IS SO ORDERED.

DATED: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE