| | |
|---|---|
| **SINNETT LAW, APC.**<br>Wayne A. Sinnett (SBN: 302987)<br>ws@sinlegal.com<br>444 West C Street, Suite 230<br>San Diego, CA 92101<br>Tel: (619) 752-0703<br>Fax: (619) 330-2120<br><br>*Attorney for Plaintiff* | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER SHEPARD,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC.;** and **DIVERSIFIED CONSULTANTS, INC.,**<br><br>Defendants. | **Case No.:** 2:17-CV-01118-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DATES; CLARIFYING DATES GENERALLY**<br><br>Judge: Hon. Kimberly J. Mueller<br>Mag. Judge: Hon. Carolyn K. Delaney |

### ORDER

Having considered the parties' joint stipulation to continue dates and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED.** The court's order filed on March 27, 2018 at ECF No. 31 is VACATED given the

errors it reflects. The following deadlines are now the operative deadlines scheduled in this case:

    a. April 30, 2018 for Fact Discovery Cutoff;

    b. March 9, 2018 for Initial Expert Disclosures;

    c. March 30, 2018 for Rebuttal Expert Disclosures;

    d. June 1, 2018 for Dispositive Motions Hearing Cutoff.

**IT IS SO ORDERED.**

DATED: April 17, 2018.

                                          UNITED STATES DISTRICT JUDGE