Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

## Exhibit A

Plaintiff's Witness List

| WITNESS | DESCRIPTION OF TESTIMONY |
|---|---|
| Plaintiff, Christopher Shepard | Mr. Shepard is expected to testify regarding: <br> 1. The allegations and claimed damages set forth in the compliant; <br> 2. The debt/account at issue in this case and its payment history and payment in full; <br> 3. Plaintiff's credit, credit report, and the credit reporting of the debt/account at issue; <br> 4. The reporting of the debt/account at issue in this case including AUD's and ACDV's; <br> 5. Plaintiff's disputes and communications with Diversified, Equifax and AT&T; <br> 6. AT&T's, Diversifed's, and Equifax's responses to Plaintiff's communications and disputes; <br> 7. Plaintiff's damages including emotional distress and denials of credit; <br> 8. Plaintiff's attempts to secure credit including a credit card and home loan; <br> 9. Plaintiff's subsequent purchase of a home. |
| Plaintiff's wife, Kayleigh Khanh Shepard <br><br> (The Shepard's were married during the course of this case and Mrs. Shepard was previously disclosed under her maiden name) | Mrs. Shepard is expected to testify regarding: <br> 1. The allegations and claimed damages set forth in the compliant; <br> 2. The debt/account at issue in this case and its payment history and payment in full; <br> 3. Plaintiff's credit, credit report, and the credit reporting of the debt/account at issue; <br> 4. The reporting of the debt/account at issue in this case including AUD's and ACDV's; <br> 5. Plaintiff's disputes and communications with Diversified, Equifax and AT&T; <br> 6. AT&T's, Diversifed's, and Equifax's responses to Plaintiff's communications and disputes; <br> 7. Plaintiff's damages including emotional distress and denials of credit; <br> 8. Plaintiff's attempts to secure credit including a credit card and home loan; |

Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

## Exhibit A

Plaintiff's Witness List

| WITNESS | DESCRIPTION OF TESTIMONY |
|---|---|
| | 9. Plaintiff's subsequent purchase of a home. |
| Person(s) most knowledgeable of AT&T, Inc. | The person most knowledgeable of AT&T is expected to testify regarding:<br>1. The allegations set forth in the compliant;<br>2. The debt/account at issue in this case and its payment history and payment in full;<br>3. Plaintiff's credit, credit report, and the credit reporting of the debt/account at issue;<br>4. Any communications and records pertaining to the debt/account at issue;<br>5. The reporting of the debt/account at issue in this case including AUD's and ACDV's;<br>6. Plaintiff's disputes and communications with Diversified, Equifax and AT&T;<br>7. AT&T's, Diversifed's, and Equifax's responses to Plaintiff's communications and disputes;<br>8. AT&T's business records and statements including records of the debt/account at issue and its payment;<br>9. Diversified's credit reporting of the debt/account at issue including the Diversified's AUD's and responses to Plaintiff's disputes/ACDV's;<br>10. Diversified's communications with Equifax, Plaintiff, and AT&T;<br>11. AT&T communications with Equifax, Plaintiff, and Diversified. |
| Person(s) most knowledgeable of DIVERSIFIED CONSULTANTS, INC. ("Diversified") | The person most knowledgeable of Diversified is expected to testify regarding:<br>1. The allegations set forth in the compliant;<br>2. The debt/account at issue in this case and its payment history and payment in full;<br>3. Plaintiff's credit, credit report, and the credit reporting of the debt/account at issue;<br>4. Any communications and records pertaining to the debt/account at issue;<br>5. The reporting of the debt/account at issue in this case including |

2

Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

## Exhibit A

Plaintiff's Witness List

| WITNESS | DESCRIPTION OF TESTIMONY |
|---|---|
| | AUD's and ACDV's;<br>6. Plaintiff's disputes and communications with Diversified, Equifax and AT&T;<br>7. AT&T's, Diversifed's, and Equifax's responses to Plaintiff's communications and disputes;<br>8. Diversifed's business records and statements including records of the debt/account at issue, its payment, credit reporting, disputes and dispute responses;<br>9. Diversified's credit reporting of the debt/account at issue including the Diversified's AUD's and responses to Plaintiff's disputes/ACDV's;<br>10. Diversified's communications with Equifax, Plaintiff, and AT&T;<br>11. AT&T communications with Equifax, Plaintiff, and Diversified. |
| Casey Burden | Ms. Burden is expected to testify regarding:<br>1. The AUDs submitted to Equifax. |
| Courtney Bryant | Ms. Bryant is expected to testify regarding:<br>1. The AUDs submitted to Equifax. |
| Mary Mcardle | Ms. Mcardle is expected to testify regarding:<br>1. The AUDs submitted to Equifax. |
| Aaron Westbrook | Mr. Westbrook is expected to testify regarding:<br>1. Email correspondence with plaintiff regarding the debt. |
| Pamala Smith | Ms. Smith is expected to testify regarding:<br>1. The allegations set forth in the compliant;<br>2. The debt/account at issue in this case and its payment history and payment in full;<br>3. Plaintiff's credit, credit report, and the credit reporting of the debt/account at issue;<br>4. Any communications and records pertaining to the debt/account at issue; |

Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

### Exhibit A

Plaintiff's Witness List

| WITNESS | DESCRIPTION OF TESTIMONY |
|---|---|
| | 5. The reporting of the debt/account at issue in this case including AUD's and ACDV's;<br>6. Plaintiff's disputes and communications with Diversified, Equifax and AT&T;<br>7. AT&T's, Diversifed's, and Equifax's responses to Plaintiff's communications and disputes;<br>8. Equifax's business records and statements including records of the debt/account at issue, its payment, credit reporting, disputes and dispute responses;<br>9. Diversified's credit reporting of the debt/account at issue including the Diversified's AUD's and responses to Plaintiff's disputes/ACDV's;<br>10. Equifax's communications with Diversified, Plaintiff, and AT&T;<br>11. Equifax's investigation of Plaintiff's credit disputes pertaining to the debt/account at issue;<br>12. Equifax's policies and procedures for investigating credit disputes and preparing credit reports;<br>13. The interpretation and use of credit reports;<br>14. Equifax's net worth;<br>15. Equifax's preparing of Plaintiff's credit reports;<br>16. Equifax's denial that their alleged conduct caused Plaintiff damages; |
| Thomas A. Tarter | Mr. Tarter is an expert witness who has been retained and provided an expert report in this case and is expected to testify regarding:<br><br>1. His education, experience, and qualifications;<br>2. The allegations set forth in the complaint;<br>3. All matters referenced in his report [ECF No. 28];<br>4. Banking, lending, and credit industry customs, standards and practices; defendants; defendants financial condition/net worth; credit reporting; and credit damages caused by Equifax.<br>5. Creditor's use and interpretation of credit reports;<br>6. Plaintiff's credit denials;<br>7. The reporting of the account at issue, AUD's and ACDV's concerning the account;<br>8. Equifax's preparing of Plaintiff's credit reports; |

Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

**Exhibit A**

Plaintiff's Witness List

| WITNESS | DESCRIPTION OF TESTIMONY |
|---|---|
|  | 9. Equifax's investigation of Plaintiff's disputes and whether they were reasonable. |