Thomas P. Quinn, Jr. (State Bar No. 132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

J. Anthony Love, PHV
N. Charles Campbell, II , PHV
King and Spalding LLP
1180 Peacetree Street NE
Atlanta, GA 30309
404-572-4600
Fax: 404-572-5100
Email: tlove@kslaw.com
Email: ccampbell@kslaw.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER SHEPARD,
Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC, et al.,
Defendants.

Case No: 2:17-cv-01118-KJM-CKD

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S EXHIBIT AND WITNESS LIST**

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| | | | | | Wayne Sinnett | Thomas P. Quinn, Tony Love; Charles Campbell |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | Christopher Shepard-Plaintiff | |
| | | | | | Pamela Smith-Equifax Corporate Representative | |
| | | | | | John Ulzheimer-Equifax Expert Witness | |
| | | | | | Equifax ACIS Case – 07/03/2016 EIS-SHEPARD-000001-000016 | |
| | | | | | Equifax ACIS Case – 10/03/2016 EIS-SHEPARD-000017-000030 | |
| | | | | | Equifax ACIS Case – 12/21/2016 EIS-SHEPARD-000031-000044 | |
| | | | | | Equifax ACIS Case – 12/30/2016 EIS-SHEPARD-000045-000056 | |
| | | | | | Equifax ACIS Case – 12/30/2016 EIS-SHEPARD-000057-000068 | |
| | | | | | Equifax ACIS Case – 01/17/2017 EIS-SHEPARD-000069-000081 | |
| | | | | | Equifax ACIS Case – 01/24/2017 EIS-SHEPARD-000082-000095 | |
| | | | | | Equifax ACIS Case – 01/25/2017 EIS-SHEPARD-000096-000110 | |
| | | | | | Equifax ACIS Case – 01/31/2017 EIS-SHEPARD-000111-000128 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Equifax ACIS Case – 02/11/2017<br>EIS-SHEPARD-000129-000146 |
| | | | | | Equifax ACIS Case – 06/14/2017<br>EIS-SHEPARD-000229-000248 |
| | | | | | Frozen Scan- August 2016<br>EIS-SHEPARD-000154-000158 |
| | | | | | Frozen Scan- September 2016<br>EIS-SHEPARD-000164-000168 |
| | | | | | Frozen Scan- October 2016<br>EIS-SHEPARD-000159-000163 |
| | | | | | Frozen Scan- November 2016<br>EIS-SHEPARD-000169-000173 |
| | | | | | Frozen Scan- December 2016<br>EIS-SHEPARD-000178-000182 |
| | | | | | Frozen Scan- January 2017<br>EIS-SHEPARD-000183-000187 |
| | | | | | Frozen Scan- February 2017<br>EIS-SHEPARD-000188-000193 |
| | | | | | Frozen Scan- March 2017<br>EIS-SHEPARD-000194-000199 |
| | | | | | Frozen Scan- April 2017<br>EIS-SHEPARD-000200-000205 |
| | | | | | Frozen Scan- May 2017<br>EIS-SHEPARD-000206-000211 |
| | | | | | Frozen Scan- June 2017<br>EIS-SHEPARD-000212-000217 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Audit Trails<br>EIS-SHEPARD-000223-000228 |
| | | | | | Equifax Indicating Manual |
| | | | | | Equifax Verification Manual |
| | | | | | Equifax Maintenance Manual |

Respectfully submitted this __ day of May, 2019

KING & SPALDING LLP

<u>*/s/ N. Charles Campbell*</u>
N. CHARLES CAMPBELL
*Attorneys for Defendant*
Equifax Information Services LLC