Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

# Exhibit C

Plaintiff's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | AT&T Statement | Pla - 1 | | |
| 2 | Letter from Diversified | Pla – 2-3 | | |
| 3 | Letter from Diversified (Second) | Pla – 4-5 | | |
| 4 | CFPB Dispute | Pla – 6-12 | | |
| 5 | CFPB Dispute (Second) | Pla – 13-19 | | |
| 6 | Bank Statement | Pla – 20-21 | | |
| 7 | Credit Dispute | Pla – 31 | | |
| 8 | Credit Report | Pla – 32-64 | | |
| 9 | Credit Report (May 25, 2017) | Pla – 65-119 | | |
| 10 | Dispute Notifications (Nov 9, 2016) | Pla – 152-162 | | |
| 11 | Dispute Response | Pla – 163-164 | | |
| 12 | Dispute Response | Pla – 165 | | |
| 13 | Dispute Response | Pla – 166 | | |
| 14 | Dispute Summary | Pla – 167 | | |
| 15 | DCI Email | Pla – 168-169 | | |
| 16 | DCI Email | Pla – 170-730 | | |
| 17 | DCI Email | Pla – 174-176 | | |
| 18 | DCI Email | Pla – 177-179 | | |
| 19 | Dispute Fax Confirmations | Pla – 180-181 | | |
| 20 | Internet Search History | Pla – 182-183 | | |
| 21 | Phone Records | Pla – 188-226 | | |

Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

# Exhibit C

Plaintiff's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 22 | Summary of Phone calls | Pla – 227 | | |
| 23 | Driver's License | Pla – 228 | | |
| 24 | Equifax's 10k Filed with the Securities and Exchange Commission ("SEC") | Equifax did not bates stamp | | |
| 25 | DCI Account History Report | DCI – 1-15 | | |
| 26 | DCI's Reporting of the Account | DCI – 16-17 | | |
| 27 | Equifax's Confirmations of DCI's Reporting | DCI – 18-23 | | |
| 28 | Emails Between DCI and Plaintiff | DCI – 24-36, 39 | | |
| 29 | DCI Letter | DCI – 37 | | |
| 30 | ACDV 1 | EIS – 29-30 | | |
| 31 | ACDV 2 | EIS – 41-42 | | |
| 32 | ACDV 3 | EIS – 55-56 | | |
| 33 | ACDV 4 | EIS – 67-68 | | |
| 34 | ACDV 5 | EIS – 79-81 | | |
| 35 | ACDV 6 | EIS – 92-95 | | |
| 36 | ACDV 7 | EIS – 106-110 | | |
| 37 | ACDV 8 | EIS – 139-144 | | |
| 38 | ACDV 9 | EIS – 145146 | | |
| 39 | AUD 1   (12-28-2016) | EIS – 147 | | |
| 40 | AUD 2   (1-26-2017) | EIS – 148 | | |
| 41 | AUD 3   (3-17-2017) | EIS – 149 | | |

Christopher Shepard v. Equifax Information Services, LLC. et al.
2:17-CV-01118-KJM-CKD

# Exhibit C

Plaintiff's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 42 | CFPB Dispute | EIS – 123-128 | | |
| 43 | Consumer Contact History (Summary) | EIS – 150 | | |
| 44 | Consumer Contact History | EIS – 151-153 | | |