# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is Sinnett Law, APC., 770 L Street, Suite 950 Sacramento, CA 95814. On May 17, 2019, I served the following document(s):

**JOINT PRETRIAL STATEMENT**

☒  CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 17, 2019, in Sacramento, California.

/s/  WAYNE A. SINNETT
WAYNE A. SINNETT, ESQ.

# SERVICE LIST

**Thomas P. Quinn, Jr.**
Nokes and Quinn, LLP.
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorney for Equifax Information Services, LLC.*

**J. Anthony Love, PHV**
**N. Charles Campbell, II , PHV**
King and Spalding, LLP.
1180 Peacetree Street NE
Atlanta, GA 30309
404-572-4600
Fax: 404-572-5100
Email: tlove@kslaw.com
Email: ccampbell@kslaw.com
*Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC*

**Debbie P. Kirkpatrick, Esq.**
dkirkpatrick@sessions.legal
**James K. Schultz, Esq.**
jschultz@sessions.legal
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
*Attorneys for Diversified Consultants, Inc.*